**Elmer Finley JEFFERS, Appellant,**

v.

**Clarence T. GLADDEN, Warden, Oregon State Penitentiary, Appellee.**

**No. 21537.**

United States Court of Appeals
Ninth Circuit.

May 22, 1967.

Charles O. Porter, Porter & Bach, Eugene, Or., for appellant.

Robert Y. Thornton, Atty. Gen., David H. Blunt, Asst. Atty. Gen., Salem, Or., for appellee.

Before BROWNING, DUNIWAY, and ELY, Circuit Judges.

PER CURIAM:

The findings of the district court (which followed similar findings of the state court) that Jeffers knowingly and intentionally waived counsel and knowingly and voluntarily entered a plea of guilty are not clearly erroneous. No other question being raised on this appeal, the judgment is affirmed.